# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM K. SHANKLIN III<br>( AKA WILLIAM K. SHANKLIN ) | DOCKET NO: 05-303 | MAGIS. NO: |
| DOB: PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>WILLIAM K. SHANKLIN III<br>FILED<br>NOV 0 4 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

BANK FRAUD
CAUSING AN ACT TO BE DONE
FIRST DEGREE THEFT

| | |
|---|---|
| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. §§ 1344; 2;<br>D.C. Code § § 3211 and 3212 (a) |

| | | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>U.S. MAGISTRATE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/10/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE:<br>8/10/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| | | |
|---|---|---|
| DATE RECEIVED<br>8·10·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED<br>11·4·05 | SEAN McLEOD SDUSM | [signature] |

199686