UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

UNITED STATES OF AMERICA    :

NOV 1 8 2005

v.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal Case No. 05-303

WILLIAM SHANKLIN,

            Defendant    :

## ORDER

Consistent with the Order issued in this case by Magistrate Judge Alan Kay releasing the

defendant on November 7, 2005, it is hereby

**ORDERED** that the defendant be released from custody.

**SO ORDERED** this _18_ day of November, 2005

REGGIE B. WALTON
United States District Court Judge