IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 05-303 (RBW) |
| | ) | |
| WILLIAM K. SHANKLIN III, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO WORK FROM 10:00 P.M. ON SATURDAY, DECEMBER 17TH TO 2:00 A.M. ON SUNDAY, DECEMBER 18TH.**

Defendant, William K. Shanklin, through undersigned counsel, respectfully requests this Honorable Court to grant him leave to work from 10:00 a.m. on December 17, 2005 until 2:00 a.m. on December 18, 2005. In support of his motion, Mr. Shanklin states as follows:

1. Mr. Shanklin works in a managerial capacity for a company that provides cleaning services at various venues and in conjunction with various events.

2. Mr. Shanklin is on the High Intensity Supervision Program, which requires him to be in his residence by 10:00 p.m. Thus far, undersigned counsel's understanding is that he has been in perfect compliance with all program requirements.

3. Mr. Shanklin has been asked to manage the clean-up operation following a holiday party hosted by Sharon Bland, Esq., of the State Education Office of the District of Columbia, on the night of Saturday, December 17, 2005. He estimates that the job will last from approximately 10:00 p.m. until 2:00 a.m. the following morning. Should he undertake this duty, Mr. Shanklin would obviously not be able to return to his residence by 10:00 p.m. on the 17th.

4.        The Pretrial Services Agency, which monitors Mr. Shanklin's compliance, has indicated that it has no objection to his request to be allowed to work until 2:00 a.m. on the date in question.

WHEREFORE, Mr. Shanklin respectfully requests this Honorable Court leave to work from 10:00 p.m. on December 17th until 2:00 a.m. on December 18th.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500