IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 05-303 (RBW) |
| | ) | |
| **WILLIAM K. SHANKLIN III,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's Motion for Leave to Work from 10:00 p.m. on Saturday, December 17, 2005 until 2:00 a.m. on Sunday, December 18, 2005, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____    _____
Date                                          THE HONORABLE REGGIE B. WALTON
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD