FILED

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 05-303 (RBW)** |
| | ) | |
| **WILLIAM K. SHANKLIN III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of defendant's Motion for Leave to Work from 10:00 p.m. on Saturday, December 17, 2005 until 2:00 a.m. on Sunday, December 18, 2005, it is by the Court hereby

ORDERED that the motion is GRANTED.

Dec. 16, 2005
Date

Colleen Kollar-Kotelly for
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD