UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 05-303 (RBW) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM K. SHANKLIN, III | : | |
| (AKA WILLIAM K. SHANKLIN) | : | |
| | : | |

**O R D E R**

Having considered the Government's Unopposed Motion to Amend Superseding Indictment and the Incorporated Memorandum of Law in Support Thereof,

the motion is hereby GRANTED, and

the Superseding Indictment shall be hereby Amended such that the code citation for First Degree Theft contained in the following locations of the Superseding Indictment shall be corrected to read, "22 D.C. Code §§ 3811 and 3812(a)": the caption of the Indictment, following paragraph 25 of the Indictment on page 7, following paragraph 27 of the Indictment on page 8, following paragraph 29 of the Indictment on page 8, and following paragraph 36 of the Indictment on page 10.

So ordered,

December ___, 2005

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE