**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 05-303 (RBW)** |
| | ) | |
| **WILLIAM K. SHANKLIN III,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**UNOPPOSED MOTION TO CONTINUE PLEA HEARING SCHEDULED FOR DECEMBER 23, 2005 AT 9:00 A.M.**

Defendant, William K. Shanklin, through undersigned counsel, respectfully asks this Honorable Court to continue the plea hearing currently scheduled for 9:00 a.m. on Friday, December 23, 2005. In support of his motion, Mr. Shanklin states as follows:

On December 7, 2005, Assistant Federal Public Defender Rita Bosworth stood in for undersigned counsel at a status hearing held in the above-captioned case. On that date, the Court set the plea hearing for 9:00 a.m. on December 23. Ms. Bosworth did not realize that undersigned counsel would be on leave on that day. It is counsel's understanding that counsel for the government, Assistant United States Attorney Jonathan Barr, will also be away on December 23. While Ms. Bosworth has indicated that she will make herself available should the Court be unable to reschedule the plea hearing, counsel prefers to be present at plea hearings in the event that her clients–or the Court–should have questions. Counsel will be back in the office on December 28, 2005. Counsel has contacted counsel for the government; the latter has no opposition to this motion.

WHEREFORE, Mr. Shanklin respectfully requests that the Court grant his motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

__**/s/**____________________
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500