THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-303 (RBW) |
| ) | |
| WILLIAM K. SHANKLIN III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue Plea Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the plea hearing scheduled for December 23, 2005 is VACATED, and that the plea hearing is continued until _____.

SO ORDERED.

_____          _____
Date                                    THE HONORABLE REGGIE B. WALTON
                                             UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD