THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Cr. No. 05-303 (RBW)
)
WILLIAM K. SHANKLIN III, )
)
Defendant. )
)

### ORDER

Upon consideration of defendant's Motion to Continue Plea Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the plea hearing scheduled for December 23, 2005 is VACATED, and that the plea hearing is continued until January 13, 2006 @ 11:30am.

SO ORDERED.

December 20, 2005

Date

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD

