FILED
JAN 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 05-303 (RBW)** |
| | ) | |
| **WILLIAM K. SHANKLIN III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of defendant's oral motion for leave to return to his residence by no later than 2:00 a.m. on Sunday, January 1, 2006, it is by the Court hereby

ORDERED that the motion is GRANTED and that the defendant shall return to his residence by 2:00 a.m. on January 1, 2006.

December 30, 2005
Date

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD

(N)