IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-303 (RBW) |
| ) | |
| WILLIAM K. SHANKLIN III, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS**

Defendant, William K. Shanklin, through undersigned counsel, respectfully moves this Honorable Court to modify his conditions of release. In support of his motion, Mr. Shanklin states the following:

1. Mr. Shanklin was placed in the High Intensity Supervision Program on November 30, 2005. The program requires him to be in his residence by 10:00 p.m. Thus far, undersigned counsel's understanding is that Mr. Shanklin has been in perfect compliance with all program requirements.

2. Mr. Shanklin works in a managerial capacity for a company that provides cleaning services at various venues and in conjunction with various events. Because his services are most often required at night–specifically, following events at conference halls and other similar venues–he has had to turn down a number of job prospects due to his electronic monitoring. As a result, Mr. Shanklin's

company is losing business and Mr. Shanklin is finding it increasingly hard to make ends meet.

3. In addition to working at the janitorial service, Mr. Shanklin is attending university classes two nights a week in Laurel, MD.

4. In light of his work and study schedules, Mr. Shanklin would benefit greatly from removal from the High Intensity Supervision Program. Should he be removed from the program and placed on his personal recognizance, conditions could be fashioned in a more flexible manner that would at once ensure his presence in Court and permit him to maintain gainful employment. Counsel notes that maintaining employment is especially important in Mr. Shanklin's case given the nature of the charge and the prospect of future restitution. Mr. Shanklin committed the acts underlying his conviction several years ago, has appeared in a timely fashion to each and every court hearing, has never submitted a positive drug test and has had no further encounters with the criminal justice system.

4. The Pretrial Services Agency, through case manager Melivin Tilden, has indicated that it has no objection to Mr. Shanklin's request.

WHEREFORE, Mr. Shanklin respectfully requests this Honorable Court to modify his release conditions.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500