THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                    )<br>v.                                              )<br>                                                    )<br>WILLIAM K. SHANKLIN III      )<br>_____) | Cr. No. 05-303 (RBW) |

**<u>ORDER</u>**

Upon consideration of defendant's Motion for Modification of Release Conditions, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____        _____

Date                                    THE HONORABLE REGGIE B. WALTON
                                        UNITED STATES DISTRICT JUDGE


Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD