THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )   Cr. No. 05-303 (RBW)
)
WILLIAM K. SHANKLIN III )
)

### ORDER

Upon consideration of defendant's Motion for Modification of Release Conditions, it is by the Court hereby

ORDERED that the motion is GRANTED.

_March 7, 2006_  
Date

_Reggie B. Walton_  
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD