**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 05-303 (RBW)** |
| | ) | |
| **WILLIAM K. SHANKLIN III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, William K. Shanklin, through undersigned counsel, respectfully moves this Honorable Court to continue his sentencing hearing. In support of his motion, Mr. Shanklin states the following:

1. Mr. Shanklin is scheduled to be sentenced at 9:00 a.m. on Wednesday, May 3, 2006.

2. Undersigned counsel has been asked to participate, as second chair, in a jury trial before the Honorable Henry H. Kennedy scheduled to commence on Tuesday, May 2, 2006. Counsel anticipates that evidence in that case will begin the morning of May 3, 2006.

2. Mr. Shanklin is not incarcerated. He is employed on a full-time basis, as well as enrolled in continuing education classes. Since the beginning of his case, and

since he was first placed on pretrial supervision on November 30, 2005, Mr. Shanklin has been in full compliance with his release conditions.

3. Undersigned counsel has consulted government counsel, and the latter has no objection to a brief continuance of this matter.

4. Undersigned counsel is available the mornings of May 9, May 10, and May 12 at 9:00 a.m., as well as the mornings of May 15, May 17, and May 19 the following week.

WHEREFORE, Mr. Shanklin asks this Honorable Court to continue his sentencing.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

__/s/____________________
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500