THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-303 (RBW) |
| ) | |
| WILLIAM K. SHANKLIN III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing hearing scheduled for May 3, 2006 is VACATED, and that the sentencing hearing is continued until _____.

SO ORDERED.

_____        _____

Date                                                      THE HONORABLE REGGIE B. WALTON
                                                                 UNITED STATES DISTRICT JUDGE


Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD