THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Cr. No. 05-303 (RBW)
)
WILLIAM K. SHANKLIN III, )
)
Defendant. )
)

## ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing hearing scheduled for May 3, 2006 is VACATED, and that the sentencing hearing is continued until May 17, 2006 @ 10:00 AM

SO ORDERED.

May 1, 2006

Date

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Barr, AUSA
Lara Quint, AFPD