HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>1:05CR00303-001</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| SHANKLIN III, William | : | Disclosure Date: <u>March 31, 2006</u> |

**FILED**
**MAY 17 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      _____
**Prosecuting Attorney**                               **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____ 4/18/06
**Defendant**      **Date**      **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 14, 2006</u>, to U.S. Probation Officer <u>George Neal</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Richard A. Houck, Jr., Chief
   United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

April 18, 2006

George Neal
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

**Re: United States v. William K. Shanklin III (CR 05-303)**

Dear Mr. Neal:

Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated March 31, 2006.

**Objections and Comments**

1. Paragraph 13, page 5, should read that Defendant Shanklin did similarly convert to his own benefit **$32,200**, rather than $42,200 of client funds entrusted to him by other American Express clients.

2. In light of the fact that neither the plea agreement nor the factual proffer refer in any way to a victim by the name of Ms. Lyn A. Hopkinson, the Defendant contends that paragraph 25, on page 6, should not be modified.

3. Consistent with paragraph 25, on page 6, paragraph 40, on page 8 should be modified to read that Defendant owed $1,200 in child support.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Lara G. Quint

                                                                Assistant Federal Public Defender

cc: Jonathan Barr, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001