UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  05-303 (RBW) |
| **v.** : | |
| **WILLIAM K. SHANKLIN, III** : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION TO CORRECT SENTENCE AND JUDGMENT AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to Fed.R.Crim.P. 35(a) to correct the sentence of defendant William K. Shanklin, III, which the Court imposed on May 17, 2006, and which is set forth in the Judgment entered on May 19, 2006.  The Government moves to correct the sentence to an indeterminate sentence which complies with 24 D.C. Code § 403 (formerly 24 D.C. Code § 203). The Government was unsuccessful in reaching counsel for the defendant to determine whether the defendant opposes this motion.

On May 17, 2006, this Court sentenced defendant Shanklin for a first degree theft violation of 22 D.C. Code, Sections 3811 and 3812 (currently 22 D.C. Code §§ 3211 and 3212) which occurred on or about August 12, 1999.  Because the offense occurred in August 1999, the indeterminate sentencing system in place for offenses committed prior to August 5, 2000, applies to the defendant's offense.  *See*, 24 D.C. Code §§ 403 and 403.01 (formerly 24 D.C. Code §§ 203 and 203.01).  Pursuant to 24 D.C. Code § 403 (formerly 24 D.C. Code § 203), under this sentencing regime, the Court must sentence the defendant "for a maximum period not exceeding the maximum

fixed by law, and for a minimum period not exceeding one third of the maximum sentence imposed. . ." In order to comply with 24 D.C. Code § 403 (formerly 24 D.C. Code § 203), the defendant's sentence must include a minimum period not exceeding one third of the maximum sentence imposed. The Court sentenced the defendant to "ten (10) year suspended, all but Six (6) months and credit given for time served," but did not include in the sentence a minimum period of incarceration not exceeding one third of the maximum sentence imposed. Fed.R.Crim.P. 35(a) allows the Court within 7 days after sentencing to correct a sentence that resulted from arithmetical, technical, or other clear error. Accordingly, the Government moves the Court to correct the sentence of the defendant such that a minimum period of incarceration not exceeding one third of the maximum sentence imposed is included in the sentence. For a ten year sentence, the minimum term must be 40 months or less to comply with 24 D.C. Code § 403. Accordingly, the United States respectfully requests that its motion to correct sentence and judgment be GRANTED.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

    _____
    JONATHAN R. BARR
    ASSISTANT UNITED STATES ATTORNEY
    Bar No. 437334
    555 4th Street, N.W., Room 5241
    Washington, DC 20530
    (202) 514-9620

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 19th day of May 2006, I caused a copy of the foregoing Government's Motion to Correct Sentence and Judgment to be served by first-class mail, postage prepaid, and by facsimile upon defense counsel Lara G. Quint, Esq., 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, facsimile number (202) 208-7515, and Probation Officer George Neal at fax number (202) 273-0242.

                                                                  _____
                                                                  JONATHAN R. BARR
                                                                  ASSISTANT UNITED STATES ATTORNEY