UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 05-303 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM K. SHANKLIN, III** | : | |
| **(AKA WILLIAM K. SHANKLIN** | : | |
| | : | |

**O R D E R**

Having considered the Government's Motion to Correct Sentence and Judgment and the Incorporated Memorandum of Law in Support Thereof,

the motion is hereby GRANTED, and

the sentence of defendant William K. Shanklin, III, and the Judgment shall be hereby corrected to read: Defendant sentenced to a maximum of One Hundred Twenty (120) months and a minimum of _____ months imprisonment, with execution of all but Six (6) months imprisonment suspended, and credit given for time served.  Five (5) Years Probation.  Restitution in the amount of $42,200 imposed to Ameriprise Financial Inc. Upon release, the defendant will pay $200 per month toward restitution. Special Conditions: 200 hours of community service.  Seek and maintain full time employment.  Submit DNA sample.  Release of this report to any agency upon request.  Recommendation to the Bureau of Prisons: Defendant will self surrender.  Defendant serve sentence near the D.C. Area.

So ordered,

May \_\_\_, 2006

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE